IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
FEB 12 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. __2:08cr25-WHA__ |
| | ) [8 USC 1326(a)] |
| FIDEL CORREA-BERMUDEZ | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about February 4, 2008, in Montgomery County, within the Middle District of Alabama,

FIDEL CORREA-BERMUDEZ,

defendant herein, being a previously deported alien, did knowingly re-enter and was found in the United States, without having obtained the express consent of the Secretary of Homeland Security and the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

_____
Susan R. Redmond
Assistant United States Attorney