IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:08-cr-025-WHA |
| ) | |
| FIDEL CORREA-BERMUDEZ ) | |

NOTICE OF WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, **FIDEL CORREA-BERMUDEZ**, by and through undersigned counsel, and hereby moves to waive his right to a detention hearing on the Indictment filed by the Government on February 12, 2008. In support of this motion, the defendant would show the following:

The Defendant is presently subject to an Immigration and Customs Enforcement detainer and would not be released should this Court determine that he was to be granted bond.

**WHEREFORE**, for the reason stated above, the Defendant, by and through undersigned counsel moves this Court for an Order cancelling the detention hearing presently set for Wednesday, February 27, 2008 at 1:00 p.m.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-cr-025-WHA |
| | ) | |
| FIDEL CORREA-BERMUDEZ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M