IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:08CR25-WHA |
| FIDEL CORREA-BERMUDEZ | ) | |

## ORDER

Pending before the Court is the Government's motion for Detention (Doc. 7 filed February 22, 2008) and Defendant's *Notice of Waiver of Detention Hearing* (Doc. #10, filed February 25, 2008), through which Defendant moves to waive his right to the detention hearing currently set for February 27, 2008.

For good cause, it is **ORDERED** that the Defendant's *Motion* is **GRANTED.** The Government's motion for Detention (Doc. 7 filed February 22, 2008) is **GRANTED.**

### Part III - Directions Regarding Detention

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility

shall deliver the defendant to the United States Marshal for the purpose of an appearance in

connection with a court proceeding.

DONE this 26th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE