IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:08cr025-WHA-001 |
| FIDEL CORREA-BERMUDEZ ) | |

## **ORDER**

This case is before the court on the Amended Unopposed Motion to Continue Trial (Doc. #15).

For the reason that defense counsel is in need of additional time to properly investigate the case and make an informed decision with the Defendant as to whether to proceed to trial or negotiate a pretrial resolution, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The Amended Unopposed Motion to Continue Trial is GRANTED, and the trial of this case is CONTINUED from April 7, 2007, to the term of court commencing June 23, 2008.

2. The Unopposed Motion to Continue Trial (Doc. #14) is DENIED as moot.

DONE this 21st day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE